MARTHA J. SIMON (CBN 98251)
LAW OFFICE OF MARTHA J. SIMON
100 Pine St., Suite 1250
San Francisco, California 94111
(415) 434.1888 Telephone
(415) 434.1880 Facsimile
mjs@mjsimonlaw.com

Attorney for Yeva, Inc. dba
Saxe Mortgage Company

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| In re | Case No. 22-30209 |
|---|---|
| | Chapter 13 |
| | |
| | RS: MJS-1 |
| CYRUS ANSARI | |
| | Notice of Hearing on Saxe Mortgage Company's Motion for Relief from the Automatic Stay |
| | |
| | Date: July 14, 2022 |
| | Time: 1:00 p.m. |
| Debtor | |
| | The Honorable Hannah L. Blumenstiel (via telephonic or video appearance) |

PLEASE TAKE NOTICE that at the above-stated date and time, or as soon thereafter as the matter may be before the Honorable Hannah Blumenstiel, United States Bankruptcy Court, Northern District of California, San Francisco Division, Yeva, Inc., dba Saxe Mortgage Company ("Saxe"), by and through counsel, The Law Office of Martha J. Simon, shall move the Court for an order from relief from the automatic stay, to permit Saxe to take all steps necessary to exercise its state law rights and remedies, including but not limited to foreclosing on, and gaining possession of, the Debtor's real property at 24 Ivy Lane, Woodacre CA 94973. The motion is supported by the Motion for Relief from the Automatic Stay and the Declaration filed and served

In re Cyrus Ansari                                                                                      Chapter 13/Case No. 22-30209
Notice of Hering on Saxe Mortgage Company's Motion for Relief from the Automatic Stay
1

Case: 22-30209    Doc# 29    Filed: 06/29/22    Entered: 06/29/22 09:51:58    Page 1 of 2

herewith.

PLEASE TAKE FURTHER NOTICE that if you chose to oppose the Motion, you or your attorney must appear at the hearing on the matter, to present any argument in opposition.

PLEASE TAKE FURTHER NOTICE that the hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: June 28, 2022

LAW OFFICE OF MARTHA J. SIMON

/s/ Martha J. Simon
MARTHA J. SIMON
Attorney for Movant Yeva, Inc.
dba Saxe Mortgage Company